RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **DARNELL DEMOURELLE**<br>**LA. DOC #487085** | **CIVIL ACTION NO. 09-0775** |
| **VS.** | **SECTION P** |
| | **CHIEF JUDGE JAMES** |
| **JASON VERGIL** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be **DISMISSED WITHOUT PREJUDICE,** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b).

**MONROE, LOUISIANA,** this ___3___ day of ___November___, 2009.

_____
**ROBERT G. JAMES**
**U.S. DISTRICT JUDGE**